**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| | * | |
| JEFFREY LILLY ET AL., | | |
| | * | |
| Plaintiffs, | | |
| | * | |
| v. | | |
| | * | Civil No. 25-00240-BAH |
| MICHAEL HARRISON ET AL., | | |
| | * | |
| Defendants. | | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**<u>ORDER</u>**

For the reasons stated in the accompanying memorandum opinion, it is this 25th day of February, 2026, ORDERED that:

(1) Defendants' motions to dismiss, ECFs 32 and 33, are GRANTED;

(2) Plaintiffs' motion to consolidate, ECF 24, is DENIED; and

(3) The Clerk is directed to CLOSE this case.

_____/s/_____

Brendan A. Hurson
United States District Judge
